UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MODESTO ANTONIO MARTINEZ-LOPEZ,<br><br>       Defendant. | **ORDER**<br><br>19 Cr. 322 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MODESTO ANTONIO MARTINEZ-LOPEZ,<br><br>       Defendant. | 19 Cr. 356 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencings currently scheduled for April 9, 2020 will take place on **May 11, 2020 at 4 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    April 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge