UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MODESTO ANTONIO MARTINEZ-LOPEZ,<br><br>                    Defendant. | **ORDER**<br><br>19 Cr. 322 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MODESTO ANTONIO MARTINEZ-LOPEZ,<br><br>                    Defendant. | 19 Cr. 356 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencings currently scheduled for May 11, 2020 are adjourned to **June 29, 2020 at 3 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge