UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | **ORDER** |
| MODESTO ANTONIO MARTINEZ-LOPEZ, | 19 Cr. 322 (PGG) |
| Defendant. | |
| UNITED STATES OF AMERICA | |
| -against- | 19 Cr. 356 (PGG) |
| MODESTO ANTONIO MARTINEZ-LOPEZ, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencings currently scheduled for **August 5, 2020** will take place at **11:00 a.m.** by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access/security code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access/security code.  No later than **July 31, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case numbers in the subject line.

Dated: New York, New York
         July 22, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge