UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MODESTO ANTONIO MARTINEZ-LOPEZ,<br><br>                    Defendant. | **ORDER**<br><br>19 Cr. 322 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MODESTO ANTONIO MARTINEZ-LOPEZ,<br><br>                    Defendant. | 19 Cr. 356 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

            The sentencings currently scheduled for August 5, 2020 will take place on

**August 18, 2020 at 11:00 a.m.** by telephone.  The parties are directed to dial 888-363-4749 to

participate, and to enter the access/security code 6212642.  The press and public may obtain

access to the telephone conference by dialing the same number and using the same

access/security code.  No later than **August 13, 2020**, the parties must email

GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be

using to dial into the conference so that the Court knows which numbers to un-mute.  The email

should include the case name and case numbers in the subject line.

Dated: New York, New York
            August 4, 2020

                                                    SO ORDERED.

                                                    _____
                                                    Paul G. Gardephe
                                                    United States District Judge